342

■

COM.

v.

BROOKS, K.

845 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–22–CR–0006494–2014 (Dauphin)

Affirmed

■

COM.

v.

CABRERA, P.

970 MDA 2016

Superior Court of Pennsylvania.

3/23/2017

CP–22–CR–0000916–2010 (Dauphin)

Affirmed

■

COM.

v.

DAYD, A.

1082 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–22–CR–0005196–2014 (Dauphin)

Affirmed

■

COM.

v.

HAWKINS, S.

1186 MDA 2016

Superior Court of Pennsylvania.

03/23/2017

CP–36–CR–0000235–2010 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted